# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

PAULETTE R. FOWLER,            :

      Plaintiff,            :

                     Case No. 3:08CV0069

vs.            :

                     District Judge Thomas M. Rose

MICHAEL J. ASTRUE,            :    Magistrate Judge Sharon L. Ovington
Commissioner of the Social
Security Administration,            :

      Defendant.            :

---

## ORDER

---

      The Court has reviewed *de novo* the Report and Recommendations of

United States Magistrate Judge Sharon L. Ovington (Doc. #18), to whom this

case was originally referred pursuant to 28 U.S.C. §636(b), and noting that no

objections have been filed thereto and that the time for filing such objections

under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Report and

Recommendations.  It is therefore ORDERED that:

    1.      The Report and Recommendations filed on February 20, 2009
            (Doc. #18) is ADOPTED;

    2.      The Commissioner's final non-disability determination is
            AFFIRMED; and

3.     This case is TERMINATED on the docket of this Court.


March 10, 2009                              *S/THOMAS M. ROSE


                                   _____

                                        Thomas M. Rose
                                   United States District Judge